UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

JAMES WIEBER,

      Plaintiff,

v.

ORLANS PC,
SELECT PORTFOLIO SERVICING, INC.,

      Defendant.

Case No. 2:20-cv-12607

Honorable Bernard A. Friedman

| | |
|---|---|
| Adam G. Taub (P48703)<br>ADAM TAUB ASSOC.<br>CONSUMER LAW GROUP<br>*Attorneys for Plaintiff*<br>17200 W. Ten Mile Road, Suite 200<br>Southfield, Michigan 48075<br>(248) 746-3790<br>adamgtaub@clgplc.net<br><br>Zachary V. Moen (P72029)<br>Zachary V. Moen, PLLC d/b/a<br>SVMLaw<br>*Attorneys for Orlans, PC*<br>777 E. Eisenhower Pkwy, Ste 910<br>Ann Arbor, MI 48108-3324<br>(734) 794-3070<br>zak@zvmlaw.com | Laura C. Baucus (P56932)<br>David M. Dell (P61778)<br>DYKEMA GOSSETT PLLC<br>*Attorneys for Select Portfolio Servicing, Inc.*<br>39577 Woodward Ave., Suite 300<br>Bloomfield Hills, Michigan 48304<br>(248) 203-0796<br>(248) 203-0572<br>lbaucus@dykema.com<br>ddell@dykema.com |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

    This matter having come before the Court on the stipulation of the Plaintiff, James Wieber ("Plaintiff"), and Defendants Select Portfolio Serving, Inc ("SPS"),

Orlans PC (collectively "Defendants"), and hereby stipulate to dismiss this matter with prejudice and without costs, and the Court being otherwise fully advised:

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without costs, sanctions, or attorneys' fees to any party.

IT IS SO ORDERED.

Dated:  February 24, 2021  
       Detroit, Michigan

s/Bernard A. Friedman  
Bernard A. Friedman  
Senior United States District Judge

**STIPULATIONS:**

/s/ Adam G. Taub (with consent)  
Adam G. Taub (P48703)  
Attorney for Plaintiff

/s/ David M. Dell  
David M. Dell (P61778)  
Attorney for SPS

/s/ Zachary V. Moen (with consent)  
Zachary V. Moen (P72029)  
Attorney for Orlans PC